Caroline R. Djang (State Bar No. 216313)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035
Email: cdjang@rutan.com

The following constitutes
the order of the court. Signed December 17, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

BARRETT A. JOHNSON,

Debtor.

Case No. 07-43836-RLE-13

Chapter 13

**ORDER ON EX PARTE MOTION TO RESTRICT ACCESS TO UNREDACTED DOCUMENTS**

Hearing:
Date: December 12, 2013
Time: 10:30 a.m.
Place: Oakland Room 201
U.S. Bankruptcy Court
1300 Clay St. Room 201
Oakland, CA 94612

The *Ex Parte Motion to Restrict Access to Unredacted Documents* (the "***Motion***") filed by Capital One Auto Finance, a Division of Capital One, N.A. (the "***Movant***") on November 27, 2013 [Doc. 40], seeking an order from the Court restricting public access to Doc. Nos. 10 and 13 (the ***"Unredacted Documents"***), came on for hearing on December 12, 2013 at 10:30 a.m. before the Honorable Roger L. Efremsky, United States Bankruptcy Judge. Caroline R. Djang of Rutan & Tucker, LLP appeared for the Movant. The Court having reviewed the Motion and heard the arguments of counsel at the hearing, and with good cause appearing therefor,

/ / /

-1-

IT IS HEREBY ORDERED that:

1. The Motion to restrict public access to the Unredacted Documents is GRANTED as to the debtor, Barrett A. Johnson, *only*; and it is further ordered that

2. All public access on the Court's electronic filing system to the Unredacted Documents shall be restricted by the Court; and it is further ordered that

3. The Clerk of this Court shall take all reasonable and appropriate actions to assist with the efficient implementation of the directives and objectives of this Order; and it is further ordered that

4. Exhibit A to Doc. Nos. 38 and 40 shall be restricted by the Court; and it is further ordered that

5. The Court shall retain jurisdiction relating to the implementation and interpretation of this Order.

*** END OF ORDER ***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | **Debtor** |
| | Barrett Adams Johnson |
| 4 | 6232 Estates Dr. |
| | Oakland, CA 94611 |
| 5 | |
| 6 | **Debtor's Counsel** |
| | Corrine Bielejeski |
| 7 | Law Offices of Corrine Bielejeski |
| | P.O. Box 2926 |
| 8 | Antioch, CA 94531 |
| 9 | |
| | **Debtor's Counsel** |
| 10 | Patrick L. Forte |
| | Law Offices of Patrick L. Forte |
| 11 | 1 Kaiser Plaza #480 |
| 12 | Oakland, CA 94612-3610 |
| 13 | |
| | **Trustee** |
| 14 | Martha G. Bronitsky |
| | P.O. Box 9077 |
| 15 | Pleasanton, CA 94566 |
| 16 | |
| | Office of the U.S. Trustee |
| 17 | 1301 Clay St. #690N |
| | Oakland, CA 94612 |
| 18 | |
| 19 | PRA Receivables Management, LLC |
| | PO Box 41067 |
| 20 | Norfolk, VA 23541 |